UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0174-WTL-KPF-1 |
| | ) | |
| MICHAEL STEVEN SHERFICK, | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that

Michael Sherfick=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now

approves and adopts the Report and Recommendation as follows:

1.    that Mr. Sherfick is to be placed on house arrest at his residence for thirty (30)

       days at or until he receives a report date for self-surrender to the Federal Bureau

       of Prisons;

2.    that Mr. Sherfick is to pay the remaining balance of restitution in the amount of

       $30,070.00 within thirty (30) day from the date of the supervised release

       violation hearing.

3.    that upon designation by the Federal Bureau of Prisons, Mr. Sherfick would

       serve a sentence of nine (9) months in the custody of the Attorney General or

       his designee, with no supervised release to follow.

SO ORDERED this 05/21/2013


_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark John Cipolletti
Assistant U. S. Attorney
US Department of Justice
Bond Building, Room 12307
1400 New York Avenue, NW
Washington, DC 20530

James Voyles
Voyles Zahn Paul Hogan and Merriman
141 East Washington Street
Suite 300
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal